IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tewolde Yonannes, :
:
    Petitioner(s), :
: Case Number: 1:16cv757
vs. :
: Judge Susan J. Dlott
Immigration Custom & Enforcement, et al., :
:
    Respondent(s). :

ORDER

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 3, 2016 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 21, 2016, hereby ADOPTS said Report and Recommendation.

    Accordingly, since petitioner has been released on an Order of Supervision and has obtained the requested relief in the petition, this Court ORDERS that respondents' motion to dismiss (Doc. 4) is GRANTED.  This petition is DISMISSED as moot.

    IT IS SO ORDERED.

                                                            /s/ Susan J. Dlott
                                                            Judge Susan J. Dlott
                                                            United States District Court